# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>TARA KRAUSE,<br><br>    Defendant. | Case No. 1: 21-cv-01706-NONE-SAB<br><br>ORDER GRANTING RICHARD MIN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 2) |

The court has read and considered the application of Richard Min, attorney for Plaintiff Michael Krause, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Richard Min's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **December 2, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1