# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE, | Case No. 1:21-cv-01706-JLT-SAB |
| Plaintiff, | ORDER RE: STIPULATION JOINTLY PROPOSED SCHEDULING ORDER |
| v. | (ECF Nos. 21, 22) |
| TARA KRAUSE, | |
| Defendant. | |

On January 12, 2022, the parties appeared before this Court for a status conference. (ECF No. 21.) The parties were ordered to provide a joint statement on proposed dates for discovery and briefing in this matter. (Id.) On January 19, 2022, the parties filed a stipulated schedule setting forth the required scheduling dates. (ECF No. 22.) The Court finds good cause exists to grant the stipulated request.

Accordingly, pursuant to the parties' jointly proposed scheduling order stipulation, IT IS HEREBY ORDERED that the schedule is set as follows:

1. Initial Disclosures Deadline: **January 21, 2022**;
2. Written Discovery Request Deadline: **January 24, 2022**;
3. Written Discovery Response Deadline: **February 3, 2022**;
4. Supplemental Discovery Request Deadline: **February 4, 2022**;

1

5. Disclosure of Expert Witnesses: **February 7, 2022**;

6. Supplemental Discovery Response Deadline: **February 14, 2022**;

7. Disclosure of Rebuttal Expert Witnesses: **February 18, 2022**;

8. Discovery Deadline: **February 18, 2022**; and

9. Joint Statement of Disputed and Undisputed Facts: **February 28, 2022**;

10. Petitioner's Pretrial Brief: **February 28, 2022**;

11. Respondent's Brief: **March 7, 2022**;

12. Petitioner's Reply Brief: **March 14, 2022**;

13. In accordance with ICARA, 22 U.S.C. § 9004, both parties are prohibited from removing or causing the removal of the parties' three children, S.K., P.K., and A.K., from Merced County, California during the pendency of this litigation.

IT IS SO ORDERED.

Dated: **January 20, 2022**

UNITED STATES MAGISTRATE JUDGE