# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>TARA KRAUSE,<br><br>    Defendant. | Case No. 1: 21-cv-01706-JLT-SAB<br><br>ORDER RE STIPULATION TO AMEND DISCOVERY DEADLINE<br><br>(ECF No. 27) |

On January 21, 2022, the Court issued an order entering the parties' stipulated briefing and discovery schedule in this matter, including a written discovery response deadline of February 3, 2022. (ECF No. 23.) On February 4, 2022, the parties filed a stipulation requesting the written discovery response deadline be extended until February 10, 2022. (ECF No. 27.)

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the written discovery response deadline is extended until February 10, 2022.

IT IS SO ORDERED.

Dated:  **February 7, 2022**

UNITED STATES MAGISTRATE JUDGE

1