# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE,<br><br>       Petitioner,<br><br>   v.<br><br>TARA KRAUSE,<br><br>       Respondent. | Case No. 1: 21-cv-01706-JLT-SAB<br><br>ORDER CONVERTING EVIDENTIARY HEARING INTO STATUS HEARING RE FURTHER BRIEFING ON PENDING AND FORTHCOMING MOTIONS<br><br>(ECF Nos. 38, 70, 71) |

This action proceeds on Michael Krause's ("Petitioner") verified petition for the return of children to Petitioner (ECF No. 1), brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, Pub. L. No. 100-300, 102 Stat. 437 (1988) (codified as amended at 22 U.S.C. §§ 9001 et seq.), which implements the Convention. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF No. 17.) An evidentiary hearing is set to begin on May 25, 2022. (ECF No. 38.)

On May 23, 2022, at 10:22 p.m., Petitioner filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 70.) In response, on May 24, 2022, Tara Krause ("Respondent") filed a response to the Petitioner's motion requesting that this matter be dismissed with prejudice and conditioned on an award of attorneys' fees and costs. (ECF No. 71.)

1   Given these filings, as well as the parties' previous notification to the Court of
2 forthcoming motions for sanctions to be filed by each party against the either, the Court finds it
3 appropriate to convert the presently scheduled evidentiary hearing into a status hearing to discuss
4 and set any further briefing and hearing schedules in this matter.

5   Accordingly, IT IS HEREBY ORDERED that:

6   1.   The evidentiary hearing set for May 25, 2022, is CONVERTED to a status
7        hearing to set a further briefing and hearing schedule on the Petitioner's motion to
8        dismiss, Respondent's request for a dismissal conditioned on an award of
9        attorneys' fees, as well as the potentially forthcoming motions for sanctions from
10       each party; and

11  2.   The status hearing shall be held by videoconference on May 25, 2022, at 10:00
12       a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **May 24, 2022**

UNITED STATES MAGISTRATE JUDGE