1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE, | Case No. 1: 21-cv-01706-JLT-SAB |
| Petitioner, | ORDER REQUIRING PETITIONER TO FILE OPPOSITION TO MOTION TO CONTINUE TO CONTINUE EVIDENTIARY HEARING |
| v. | |
| TARA KRAUSE, | (ECF Nos. 93) |
| Respondent. | 12:00 P.M. SEPTEMBER 26, 2022 DEADLINE |

This action proceeds on Michael Krause's ("Petitioner") verified petition for the return of children to Petitioner (ECF No. 1), brought pursuant to the Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, Pub. L. No. 100-300, 102 Stat. 437 (1988) (codified as amended at 22 U.S.C. §§ 9001 et seq.), which implements the Convention.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF No. 17.)  An evidentiary hearing is set for September 30, 2022, pertaining to cross-motions for sanctions.  (ECF Nos. 85, 88.)  On September 19, 2022, the Court granted Respondent's motion for a subpoena related to the evidentiary hearing.  (ECF No. 90.)

On September 22, 2022, Respondent filed a motion to continue the evidentiary hearing as the witness that is the target of the subpoena is not available on the date of the evidentiary

hearing.  (ECF No. 93.)  The filing indicates that Respondent has not received notice of whether Petitioner opposes the continuance of the evidentiary hearing.  Accordingly, the Court shall order Petitioner to file an opposition or statement of non-opposition.

Accordingly, IT IS HEREBY ORDERED that on or before 12:00 p.m., Pacific Standard Time on September 26, 2022, Petitioner shall file an opposition or non-opposition to the motion for continuance.

IT IS SO ORDERED.

Dated:   **September 23, 2022**

UNITED STATES MAGISTRATE JUDGE