GERALD E. BRUNN, SBN 107004
DREXWELL M. JONES, SBN 221112
LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation
928 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Attorneys for Respondent, TARA KRAUSE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KRAUSE,<br><br>      Petitioner,<br><br>vs.<br><br>TARA KRAUSE,<br><br>      Respondent. | Case No.: 1:21-cv-01706-JLT-SAB<br><br>**RESPONDENT'S MOTION TO FIX AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>Action Filed: November 30, 2021<br>Trial date:     November 3, 2022 |

    Respondent, TARA KRAUSE, by and through her attorney, Drexwell M. Jones, hereby moves for an award of attorney's fees and costs pursuant to the Court's Findings and Recommendations Granting In Part Respondent's Motion for Sanctions filed March 16, 2023 (ECF No. 109), and Order Adopting Findings and Recommendations filed April 3, 2023 (ECF No. 114).

    The Court's Findings and Recommendations Granting Respondent's Motion for Sanctions filed March 16, 2023, grants Respondent's Motion for Sanctions (ECF No. 79) as to fees and expenses incurred after the May 18, 2022, hearing, pursuant to 28 U.S.C. §1927.

    The attached supporting declaration of Drexwell M. Jones shows that substantial time was required to represent Respondent from after the May 18, 2022, hearing through March 31, 2023.

    The total amount of time billed from _after_ the May 18, 2022 hearing through March 31, 2023, exclusive of discounts and time spent in the preparation of this motion, is:

|   |   |
|---|---|
| Drexwell M. Jones, Esq. | $55,960.00 |
| Gerald E. Brunn, Esq. | $     170.00 |
| Heather J. McCauley, Paralegal | $  5,670.00 |
| Diane Porter, Paralegal | $  1,015.00 |
| **TOTAL** | **$62,815.00** |

The total amount of costs incurred from May 18, 2022 through December 5, 2023, is $2,297.25.

Based on the foregoing and the supporting declaration served and filed herewith, Respondent respectfully requests that the court award reasonable attorney's fees and costs in the sum of $65,112.25, to be entered as part of the judgment in favor of Respondent, TARA KRAUSE.

Dated: April 14, 2023

LAW OFFICES OF BRUNN & FLYNN
A Professional Corporation

By: _____
DREXWELL M. JONES
Attorneys for Respondent, TARA KRAUSE

K:\docs\CASES\6892-21288\Pleadings\Respondent's Mot for Attys Fees and Costs