1  DREXWELL M. JONES, SBN 221112
   LAW OFFICES OF BRUNN & FLYNN
2  A Professional Corporation
   928 12th Street, Suite 200
3  Modesto, CA 95354
   Telephone: (209) 521-2133
4  Facsimile: (209) 521-7584

5  Attorneys for Respondent, TARA KRAUSE

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   MICHAEL KRAUSE,                    Case No.: 1:21-cv-01706-JLT-SAB
11
                Petitioner,           **DECLARATION OF DREXWELL M. JONES**
12                                    **IN SUPPORT OF RESPONDENT'S MOTION**
      vs.                             **TO FIX AWARD OF ATTORNEY'S FEES AND**
13                                    **COSTS**
   TARA KRAUSE,
14                                    Action Filed:  November 30, 2021
                Respondent.           Trial date:    November 3, 2022
15

16

17      I, Drexwell M. Jones, hereby declare:

18      1.      I am a licensed attorney admitted to practice law in the United States District Court for the

19  Eastern District of California.  My firm represents Tara Krause in the above-captioned matter.

20      2.      This declaration is made in support of Respondent's Motion to Fix Award of Attorneys'

21  Fees following entry of the Court's Findings and Recommendations Granting in Part Respondent's

22  Motion for Sanctions filed March 16, 2023 .

23      3.      I have personal knowledge of the matters stated herein, and if called as a witness could

24  and would testify thereto.

25      4.      On November 3, 2022, the Court held an evidentiary hearing on Respondent's Motion for

26  Sanctions.

27  ///

28  ///

                                           1
   **DECLARATION OF DREXWELL M. JONES IN SUPPORT OF RESPONDENT'S MOTION TO FIX AWARD OF**
                          **ATTORNEY'S FEES AND COSTS**

5.      On March 16, 2023, the Court filed its Findings and Recommendations Granting in Part Respondent's Motion for Sanctions, and awarding attorney's fees and costs incurred after the May 18, 2022 hearing.

6.      On April 3, 2023, the Court filed an Order adopting in full the Findings and Recommendations filed on March 16, 2023.

7.      On April 3, 2023, the Court entered Judgment in accordance with the Court's Order filed April 3, 2023.

8.      Since the May 18, 2022 hearing to the present date, Respondent has accrued $62,815.00 in legal fees and $2,297.25 in costs.

9.      Declarant was admitted to practice on December 5, 2002.  Declarant billed 139.9 hours against the file from May 18, 2022 through March 29, 2023, and billed at a rate of $400.00 per hour on this file ($55,960).

10.     Attorney Gerald E. Brunn was admitted to practice on December 3, 1982.  Mr. Brunn billed .40 hours against the file on March 16, 2023, and billed at a rate of $425.00 per hour on this file ($170.00).

11.     Heather J. McCauley, a certified paralegal, billed 32.40 hours against the file from May 18, 2022 through March 31, 2023 and billed at a rate of $175.00 per hour on this file ($5,670.00).

12.     Diane J. Porter, certified paralegal, billed 5.8 hours against the file from May 23, 2022 through March 17, 2023 and billed at a rate of $175.00 per hour on this file ($1,015.00).

13.     The total amount of time billed from after the May 18, 2022 hearing to the present date, exclusive of discounts and time spent in the preparation of this motion, is:

| | |
|---|---|
| Drexwell M. Jones, Esq. | $55,960.00 |
| Gerald E. Brunn, Esq. | $    170.00 |
| Heather J. McCauley, Paralegal | $ 5,670.00 |
| Diane Porter, Paralegal | $ 1,015.00 |
| **TOTAL** | **$62,815.00** |

14.     A true and correct copy of BRUNN & FLYNN's contemporaneously created billing entries related to the above-captioned matter is attached hereto as Exhibit A.

/ / /

DECLARATION OF DREXWELL M. JONES IN SUPPORT OF RESPONDENT'S MOTION TO FIX AWARD OF ATTORNEY'S FEES AND COSTS

15.     The total amount of costs incurred from May 18, 2022 through December 5, 2023, is $2,297.25. True and correct copies of the receipts for the costs related to the above-captioned matter are attached hereto as Exhibit B.

16.     Emails have been exchanged between counsel regarding whether that was even a potential for reaching a settlement regarding attorney fees.  As Petitioner filed a motion for reconsideration, the possibility of reaching a settlement at this time, does not seem likely.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed this 14th day of April, 2023, at Modesto, California.


DREXWELL M. JONES, ESQ.

K:\docs\casess\6892-21288\Motions\Mot for Attys Fees & Costs\Dec of DMJ

**DECLARATION OF DREXWELL M. JONES IN SUPPORT OF RESPONDENT'S MOTION TO FIX AWARD OF ATTORNEY'S FEES AND COSTS**

# EXHIBIT A

Law Offices of Brunn & Flynn

June 10, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97132

Re:  Krause, Tara

| Date | Fees | Hours | Amount |
|------|------|-------|--------|
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ w | | ▓▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓ | | |
| 05/18/22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓▓▓ |
| DMJ | Communicate with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.5 | 200.00 |
| DMJ | Draft/review/revise Trial documents. | 0.7 | 280.00 |
| DMJ | Draft Trial Brief. | 3.8 | 1,520.00 |
| HJM | Prepare list of exhibits; assemble exhibits in binder and tabs. | 1.0 | 175.00 |
| HJM | Prepare Witness List at Trial. | 0.3 | 52.50 |
| HJM | Save all exhibits and Discovery to be submitted to court for Trial in directory; upload exhibits and Discovery to court's dropbox. | 1.8 | 315.00 |
| HJM | Revise Stipulation regarding witness video appearance at Trial; prepare email to opposing counsel enclosing signed Stipulation. | 0.3 | 52.50 |
| HJM | Prepare List of Discovery to be offered at Trial. | 0.5 | 87.50 |
| HJM | E-file Witness List with court and serve. | 0.2 | 35.00 |
| HJM | E-file List of Discovery Requests and Responses. | 0.2 | 35.00 |
| HJM | E-file Exhibit List. | 0.2 | 35.00 |
| HJM | Prepare email to opposing counsel enclosing Exhibit List and serving final exhibits; upload exhibits to Dropbox to send link. | 0.4 | 70.00 |
| HJM | Review and revise Trial Brief. | 0.6 | 105.00 |
| HJM | Review, print and save all Petitioner's Trial related filings. | 0.4 | 70.00 |

Law Offices of Bruun & Flynn

June 10, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97132

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|---|---|---|---|---|
| | HJM | Scan and efile Trial Brief. | 0.2 | 35.00 |
| 05/19/22 | DMJ | Prepare updated Initial Disclosure Statement. | 0.2 | 80.00 |
| | DMJ | Scan and e-file Amended Initial Discovery Statement. | 0.2 | 80.00 |
| | DMJ | Draft letter ▓▓▓▓▓▓▓▓ regarding ▓▓ ▓▓▓▓▓ to subpoena ▓▓ ▓▓▓▓▓ | 1.0 | 400.00 |
| | DMJ | Communicate with opposing counsel ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ | 0.2 | 80.00 |
| | DMJ | Legal research regarding Rule 11 cases based on prosecution after case case is moot based on jurisdiction. | 2.3 | 920.00 |
| 05/20/22 | DMJ | Legal reseach regaridng Sanction Motions and availability of sanctions. | 2.1 | 840.00 |
| | DMJ | Draft Rule 11 Motion for Sanctions. | 1.5 | 600.00 |
| | DMJ | Draft Motion for Sanctions under 28 USCS section 1927 and the court's inherent powers. | 0.9 | 360.00 |
| | DMJ | Draft Declaration of Tara Krause in support of Motion for Sanctions under Rule 11. | 1.2 | 480.00 |
| | DMJ | Legal research regarding attorney fees awarded on Motion to Dismiss. | 2.3 | 920.00 |
| | HJM | Review and revise Notice of Motion and Motion for Sanctions (FRCP Rule 11). | 0.4 | 70.00 |
| | HJM | Revise and revise Declaration of Attorney Drexwell Jones ISO Motion for Sanctions (FRCP Rule 11); copy and assemble exhibits. | 0.4 | 70.00 |
| | HJM | Scan and serve Motion for Sanction documents on Opposing Counsel by email. | 0.3 | 52.50 |
| 05/23/22 | DJP | Set up laptop for Trial with entire file. | 0.3 | 52.50 |
| | DMJ | Review email from Petitioner's Counsel regarding Stipulation for Motion to Dismiss and report same to | | |

Law Offices of Brunn & Flynn

June 10, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97132

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|------|------|------|-------|--------|
| | | client. | 0.5 | 200.00 |
| | DMJ | Legal research regarding Motion to Dismiss and entitlement to attorney fees and costs. | 3.2 | 1,280.00 |
| | DMJ | Legal reseach regarding case law cited in Petitioner's Trial Brief. | 3.5 | 1,400.00 |
| 05/24/22 | DJP | Travel to/from court to attend IT meeting (cancelled a few minutes before scheduled time). | 4.5 | 787.50 |
| | DMJ | Review Petitioner's Motion to Dismiss and supporting Declaration by Michael Krause. | 0.5 | 200.00 |
| | DMJ | Draft response to Petitioner's Motion to Dismiss to Request Costs and Fees. | 2.8 | 1,120.00 |
| | DMJ | Draft response to Petitioner's Motion to Dismiss to Request Costs and Fees. | 0.7 | 280.00 |
| | DMJ | Draft Declaration of Drexwell M. Jones in support of response to Petitioner's Motion to Dismiss. | 0.5 | 200.00 |
| | DMJ | Prepare for Evidentiary Hearing by ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | 1.8 | 720.00 |
| | DMJ | Review Judge's Order converting the Evidentiary Hearing to a Status Conference. | 0.1 | 40.00 |
| | HJM | Assemble and index Trial binder. | 1.0 | 175.00 |
| | HJM | Review and revise Declaration of Tara Krause ISO of Response to Petition's Motion to Dismiss; copy and assemble exhibits. | 0.4 | 70.00 |
| | HJM | Email Declaration to client to sign via Docusign. | 0.2 | 35.00 |
| | HJM | Telephone call with court clerk Oscar regarding IT confirmation still on calendar. | 0.1 | 17.50 |
| | HJM | Review and revise Response to Motion to Dismiss and Declaration of Attorney Drexwell Jones; copy and assemble exhibits. | 0.4 | 70.00 |

Law Offices of Brunn & Flynn

June 10, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97132

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|------|------|------|-------|--------|
| | HJM | Scan and e-file Response to Motion to Dismiss. | 0.4 | 70.00 |
| | HJM | Index pleadings and organize file. | 0.5 | N/C |
| 05/25/22 | DMJ | Appear at Status Conference Hearing. | 0.7 | 280.00 |
| | DMJ | Review the court's Order regarding briefing schedule for Sanctions Motions. | 0.1 | 40.00 |
| | DMJ | Legal research regarding offer of proof to issue subpoena or other Orders to Compel cooperation of Air Force commander. | 1.1 | 440.00 |
| | DMJ | Draft/revise producer agreements to include case and stock payouts. | 0.9 | 360.00 |
| 05/27/22 | DMJ | Legal research regarding the Privacy Act, 5 USCS 522a, and requirements/procedure to obtain protected information. | 1.6 | 640.00 |
| | DMJ | Legal research Air Force Instruction 51-301 regarding process to obtain Official Information in third party civil cases. | 1.5 | 600.00 |
| | DMJ | Draft detailed letter to Lt. Col. Rebecca Schmidt regarding ███████████████ objections ███████ ████████████████████████ | 1.9 | 760.00 |
| | HJM | Review and revise letter to Lt. Col. Schmidt regarding Mikita Brown subpoena. | 0.3 | 52.50 |
| 05/30/22 | DMJ | Legal research regarding non Rule 11 sanctions. | 3.1 | 1,240.00 |
| 05/31/22 | DMJ | Legal research regarding whether a Motion to Dismiss negates a violation of Rule 11 sanctions. | 2.1 | 840.00 |
| | | Total fees | 112.1 | $39,307.50 |

Law Offices of Brunn & Flynn

June 10, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97132

Re:  Krause, Tara

| Date | Costs | Amount |
|------|-------|--------|
| 05/11/22 | Postage | 26.95 |
| 05/11/22 | UPS from client. | 17.69 |
| 05/12/22 | Cindy Rister-Saunders - Certified copy of hearing transcript. | 114.00 |
| 05/13/22 | VCP - Service upon Investigator Sepeda for Lt. Colmikita Brown. | 434.10 |
| 05/24/22 | Diane Porter - Travel to court for IT meeting (196 miles x .585/mile) | 114.66 |
| 05/31/22 | Lexis Nexis - May public records access/research | 793.58 |

|  | Total costs | $1,500.98 |
|--|-------------|-----------|
|  | Total fees and costs | $40,808.48 |
|  | **Amount due  --->** | **$40,808.48** |

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN
## A T T O R N E Y S

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

July 18, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97349

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|---|---|---|---|---|
| 06/01/22 | DMJ | Draft Motion for Sanctions and Supporting Declarations. | 8.3 | 3,320.00 |
| | HJM | Review and revise Declaration of Attorney Drexwell Jones; copy and assemble exhibits. | 0.5 | 87.50 |
| | HJM | Scan and e-file Motion for Sanctions with court. | 0.4 | 70.00 |
| | HJM | Review and revise Motions for Sanctions. | 0.4 | 70.00 |
| | HJM | Review and revise Declaration of Tara Krause. | 0.2 | 35.00 |
| | HJM | Email Declaration to client via Docusign. | 0.2 | 35.00 |
| | HJM | Copy and assemble exhibits to Declaration of Krause. | 0.3 | 52.50 |
| 06/08/22 | DMJ | Review Petitioner's Motion for Sanctions. | 0.8 | 320.00 |
| | DMJ | Legal research regarding grounds for Petitioner's Motion for Sanctions. | 3.2 | 1,280.00 |
| 06/13/22 | DMJ | Legal research regarding Sanctions for Disclosure of Settlement discussions. | 6.5 | 2,600.00 |
| 06/14/22 | DMJ | Draft reply to Motion for Sanctions. | 5.5 | 2,200.00 |
| | HJM | Review and revise Reply to Petitioner's Motion for Sanctions. | 0.6 | 105.00 |
| | HJM | Further revisions to Reply to Petitioner's Motion for Sanctions. | 0.2 | 35.00 |
| | HJM | Scan and e-file Reply to Petition's Motion for Sanctions. | 0.2 | 35.00 |
| 06/16/22 | DMJ | Review opposition to Motion for Sanctions and Supporting Declarations. | 1.2 | 480.00 |

July 18, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97349

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|---|---|---|---|---|
| | DMJ | Review correspondence from Staff Judicial Advocate, Rebecca Schmidt, regarding anticipated subpoena and legal research regarding Uniform Code of Military Justice provisions regarding perjury and whether SJA's are mandatory reporters to determine whether to send Lt. Col. Krause's recent Declaration wherein he seemingly commits perjury. | 1.5 | 600.00 |
| 06/22/22 | DMJ | Draft reply to Opposition to Motion for Sanctions. | 2.9 | 1,160.00 |
| | HJM | Prepare draft Reply to Opposing to Motion for Sanctions. | 0.2 | 35.00 |
| | HJM | Review and revise Reply to Opposing to Motion for Sanctions. | 0.3 | 52.50 |
| | HJM | Scan and e-file Reply to Opposing to Motion for Sanctions. | 0.2 | 35.00 |
| | | Total fees | 33.6 | $12,607.50 |

| Date | Costs | Amount |
|---|---|---|
| 06/30/22 | Lexis Nexis - June public records access/research | 216.21 |
| | Total costs | $216.21 |
| | Total fees and costs | $12,823.71 |

**Amount due  --->**   **$12,823.71**

Law Offices of Brunn & Flynn

July 18, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97349

Re:  Krause, Tara

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN

## A T T O R N E Y S

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

August 17, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97552

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|------|---|------|-------|--------|
| 07/06/22 | DMJ | Prepare for oral arguments regarding Motions for sanctions. | 2.5 | 1,000.00 |
| | DMJ | Attend Hearing on Motions for sanctions, which was ultimately continued. | 0.5 | 200.00 |
| 07/07/22 | DMJ | Review correspondence with Staff Advocate Judge to determine whether subpoena issued by attorney can compel attendance by officer. | 0.5 | 200.00 |
| 07/28/22 | DMJ | Legal research regarding ▇▇▇▇▇▇ arty Depositions ▇▇▇▇▇▇▇▇ or purposes of a Evidentiary Hearing. | 1.5 | 600.00 |
| | DMJ | Legal research regarding court ordered compliance to subpoena served on military commanders. | 1.5 | 600.00 |
| | | Total fees | 6.5 | $2,600.00 |

| Date | Costs | Amount |
|------|-------|--------|
| 07/31/22 | Lexis Nexis - July public records access/research | 13.37 |
| | Total costs | $13.37 |
| | Total fees and costs | $2,613.37 |
| | **Amount due  --->** | **$2,613.37** |

Law Offices of Brunn & Flynn

August 17, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97552

Re:  Krause, Tara

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN

### A T T O R N E Y S

928 12ᵗʰ Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

September 19, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97760

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|------|---|------|-------|--------|
| 08/04/22 | DMJ | Legal research regarding procedure for Judge signed subpoena ad testificandum. | 1.3 | 520.00 |
| 08/19/22 | DMJ | Legal research regarding application for court issued subpoena. | 4.5 | 1,800.00 |
| 08/26/22 | DMJ | Draft/communicate request to consent to disclosure of personal records to counsel of Petitioner to comply with local rule 250(b) to meet and confer prior to filing Motions. | 0.9 | 360.00 |
| | | Total fees | 6.7 | $2,680.00 |

| Date | Costs | | Amount |
|------|-------|---|--------|
| 08/31/22 | Lexis Nexis - August public records access/research | | 44.71 |
| | Total costs | | $44.71 |
| | Total fees and costs | | $2,724.71 |
| | **Amount due  --->** | | **$2,724.71** |

Law Offices of Brunn & Flynn

September 19, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    97760

Re:  Krause, Tara

\*\*\* Payment due 30 days from Invoice date \*\*\*

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

**BRUNN & FLYNN**

A T T O R N E Y S

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133   F: (209) 521-7584
www.brunnandflynnlaw.com

October 18, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97957

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|---|---|---|---|---|
| 09/02/22 | DMJ | Prepare for Hearing and attend Hearing regarding readiness for Evidentiary Hearing. | 0.6 | 240.00 |
| | DMJ | Continued legal research regarding judge-signed subpoenas. | 3.2 | 1,280.00 |
| | DMJ | Draft Application in support of court-issued subpoena to Lt. Col. Brown and Lt. Col. Krause. | 1.3 | 520.00 |
| | DMJ | Draft Declaration in support of Application for court-issued subpoena to Lt. Col. Brown and Lt. Col. Krause. | 0.4 | 160.00 |
| | HJM | Review and revise Notice of Appearance and Appearance for Court Issued Subpoena. | 0.2 | 35.00 |
| | HJM | Review and revise Declaration of Attorney Drexwell Jones ISO Appearance for Court Issued Subpoena; assemble exhibits. | 0.3 | 52.50 |
| | HJM | Scan and e-file Application documents with court. | 0.3 | 52.50 |
| 09/14/22 | DMJ | Legal research regarding service of an officer on military base and provision regarding subservice; search for information regarding Lt. Mikita Brown's personal residences. | 2.5 | 1,000.00 |
| | HJM | Prepare subpoena to Lt. Col. Mikita Brown with production of documents. | 0.4 | 70.00 |
| | HJM | Prepare subpoena to Lt. Col. Michael Krause with production of documents. | 0.4 | 70.00 |
| | HJM | Telephone call with Beale AFB investigator Sneddon regarding service of subpoenas on Brown and Krause. | 0.4 | 70.00 |

Law Offices of Brunn & Flynn

October 18, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:   97957

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|------|----|------|-------|--------|
| 09/19/22 | DMJ | Review Order regarding Judge signed subpoenas. | 0.1 | 40.00 |
| | HJM | Prepare service instructions to Process Server Mark Zurilgen regarding service of subpoena on Michael. | 0.3 | 52.50 |
| | HJM | Prepare email to client regarding Mr. Krauses' work schedule and gate access to apartment. | 0.2 | 35.00 |
| | HJM | Updated subpoenas to Mr. Krause and Lt. Col. Makita Brown; prepare subpoena to Savannah Wadsworth. | 0.3 | 52.50 |
| | HJM | Prepare email to Judge Boone's clerk regarding submission of proposed subpoenas for Judge's approval. | 0.2 | 35.00 |
| | HJM | E-file proposed subpoenas with court; preparation of email to Judge Boone's office enclosing Word versions of proposed subpoenas for Judge's signature; review, print and save subpoenas signed by Judge. | 0.6 | 105.00 |
| | HJM | Telephone call with Lt. Col. Mikita Brown's office; telephone call with Captain Francis Anderson at Beale Legal Department regarding service of subpoena on Mikita Brown. | 0.4 | 70.00 |
| | HJM | Telephone call with Process Server Mark Zurilgen regarding service of subpoenas. | 0.2 | 35.00 |
| 09/20/22 | DMJ | Communicate with Major Newton regarding Lt. Col. Brown's travel orders; receipt and review on TTY order. | 0.3 | 120.00 |
| 09/22/22 | DMJ | Receive communicate from Major Newton regarding Lt. Col. Brown's availability; Communicate with opposing counsel regarding Stipulation to Continue Hearing; draft Motion and Supporting Declaration to Continue the Evidentiary Hearing at the request of the Air Force. | 1.5 | 600.00 |
| | HJM | Review and revise Motion to Continue Evidentiary Hearing; Declaration of Attorney Drexwell Jones and proposed Order. | 0.6 | 105.00 |
| | HJM | Scan and e-file Motion to Continue Evidentiary Hearing with court. | 0.3 | 52.50 |
| 09/23/22 | DMJ | Identify documents to exchange as exhibits for | | |

Law Offices of Brunn & Flynn

October 18, 2022

TLSKrause@gmail.com

File#: 6892-21288
Invoice#: 97957

Re: Krause, Tara

| Date | | Fees | Hours | Amount |
|------|-----|------|-------|--------|
| | | Evidentiary Hearing, work on witness list; review exhibits to exchange. | 0.5 | 200.00 |
| | HJM | Prepare Witness List for Evidentiary Hearing. | 0.3 | 52.50 |
| | HJM | Copy and scan proposed exhibits for Evidentiary Hearing. | 0.5 | 87.50 |
| | HJM | Prepare email to opposing counsel enclosing proposed exhibits. | 0.2 | 35.00 |
| 09/26/22 | DMJ | Review Declaration of Michael Krause filed in response to continuance.  Review Order continuing Evidentiary Hearing. | 0.2 | 80.00 |
| | HJM | Prepare Respondent's Exhibits List. | 0.4 | 70.00 |
| | HJM | Prepare Discovery List. | 0.4 | 70.00 |
| | HJM | Copy, scan and assemble Discovery and additional exhibits; mark exhibits. | 0.4 | 70.00 |
| | HJM | Revise Witness List. | 0.2 | 35.00 |
| 09/30/22 | DMJ | Appear at Status Conference Hearing. | 0.5 | 200.00 |
| | | Total fees | 18.6 | $5,752.50 |

| Date | Costs | Amount |
|------|-------|--------|
| 09/21/22 | VCP - Service upon Michael Krause and Savannah Wadsworth. | 428.40 |
| 09/30/22 | Lexis Nexis - September public records access/research | 71.94 |
| | Total costs | $500.34 |
| | Total fees and costs | $6,252.84 |

**Amount due ---> $6,252.84**

Law Offices of Brunn & Flynn

October 18, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:     97957

Re:  Krause, Tara

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN
## ATTORNEYS

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

November 14, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98192

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|------|------|------|-------|--------|
| 10/03/22 | HJM | Telephone call with Beale AFB regarding coordinating service of subpoena on Brown. | 0.2 | 35.00 |
| | HJM | Copy and assemble subpoena and Order Continue Hearing; prepare instructions to Process Server Mark Zurilgen, for service on Lt. Col. Mikita Brown. | 0.2 | 35.00 |
| 10/05/22 | HJM | Telephone call with Beale AFB regarding coordinating service of subpoena; need to contact Lt. Col. Brown directly; telephone call with Process Server Mark Zurilgen regarding service of subpoena. | 0.3 | 52.50 |
| 10/06/22 | DMJ | Research/investigate social media, Lexis Nexis reports, and web for information related to Lt. Col. Brown's residence. | 2.1 | 840.00 |
| | HJM | Conduct online search and Lexis search on Mikita Brown; review Beale AFB information online. | 0.8 | 140.00 |
| | HJM | Telephone call with Process Server Mark Zurilgen regarding service of subpoena on Brown. | 0.2 | 35.00 |
| 10/17/22 | HJM | Prepare email to Tara Krause enclosing subpoena and Order to Continue Hearing to client for possible service on Lt. Col. Brown | 0.2 | 35.00 |
| 10/18/22 | HJM | Review email from client and prepare response regarding Brown's vacation date information. | 0.1 | 17.50 |
| 10/24/22 | DMJ | Legal research regarding service of process on domestic military institutions including Army regulation 32 C.F.R. 516.10 and the Navy equivalent in effort to determine whether the Air Force has adopted either. | 6.3 | 2,520.00 |
| | DMJ | Draft correspondence to SJA regarding lack of cooperation in effectuating serve as a violation of Air | | |

Law Offices of Brown & Flynn

November 14, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98192

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|------|---|------|-------|--------|
| | | Force regulations. | 0.2 | 80.00 |
| | HJM | Telephone call with post office near Beale Air Force Base regarding Beale's mailing center contact information. | 0.2 | 35.00 |
| | HJM | Prepare email to opposing counsel enclosing Proposed Evidentiary Hearing exhibits; review documents to include as exhibits. | 0.6 | 105.00 |
| | HJM | Revise Respondent's List of Exhibits. | 0.2 | 35.00 |
| 10/25/22 | HJM | Review email from Attorney Wadsworth; prepare attachment to subpoena to Ms. Wadswroth; scan and email Subpoena for Evidentiary Hearing to Attorney Wadsworth; prepare Proof of Service. | 0.6 | 105.00 |
| | HJM | Telephone call with Beale Air Force Base mail center regarding proper address information needed to send certified mail to officer on base; telephone call with Tara Krause; telephone call with Security Forces office to coordinate serve of subpoena. | 0.4 | 70.00 |
| | HJM | Organize file; index files. | 0.3 | N/C |
| 10/26/22 | HJM | Review email from client and prepare response; telephone call with Investigator Barry Roper regarding information on Mikita Brown; prepare email to Mr. Roper enclosing subpoena and all information on Mikita Brown. | 0.6 | 105.00 |
| | HJM | Review email from Mr. Roper, review file and prepare response regarding vehicle information for Brown and fees for service. | 0.3 | 52.50 |
| | HJM | Prepare email to client regarding Mr. Roper's fees and request deposit. | 0.2 | 35.00 |
| | HJM | Prepare certified mail, return receipt request to Lt. Col. Brown including subpoena. | 0.3 | 52.50 |
| | HJM | Prepare letter to Beale Air Force Base Military Post Office; prepare letter to Brown certified, return receipt request to enclose in letter to military post office. | 0.4 | 70.00 |

Law Offices of Brann & Flynn

November 14, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98192

Re:  Krause, Tara

| Date | | Fees | Hours | Amount |
|------|------|------|-------|--------|
| 10/27/22 | DMJ | Finalize witness list, exhibit list. | 0.4 | 160.00 |
| | DMJ | Legal research regarding various standard for awarding sanctions and fees under Rule 11 versus 28 USC section 1927 and the court's inherent powers. | 3.2 | 1,280.00 |
| | HJM | Revise Exhibit List, Witness List, Discovery List; save and name respondent's exhibits; save exhibits to Dropbox; prepare email to opposing counsel enclosing link to Dropbox. | 1.5 | 262.50 |
| | HJM | Prepare email to court clerk regarding exhibit Dropbox. | 0.2 | 35.00 |
| | HJM | E-file Witness List, Exhibit List and Discovery List with court. | 0.4 | 70.00 |
| 10/28/22 | HJM | Prepare emails to Judge Boone's clerk regarding issues with uploading exhibits to court's Dropbox; upload exhibits to court Dropbox. | 0.5 | 87.50 |
| | HJM | Print and assemble exhibits binders for Evidentiary Hearing. | 1.0 | 175.00 |
| | HJM | Prepare email to Barry Roper regarding status of Lt. Col. Brown. | 0.1 | 17.50 |
| 10/31/22 | DMJ | Prepare for Evidentiary Hearing, including research of Air Force Instruction 36-21110 regarding the process by which the Air Force assigns officers to new positions. | 7.1 | 2,840.00 |
| | | Total fees | 29.1 | $9,382.50 |

| Date | Costs | Amount |
|------|-------|--------|
| 10/06/22 | VCP - Attempted service upon Lt. Col. Mikita Brown. | 350.90 |
| 10/31/22 | Lexis Nexis - October public records access/research | 248.82 |
| 10/31/22 | Postage | 17.18 |

Law Offices of Brunn & Flynn

November 14, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98192

Re:  Krause, Tara

|  |  |
|---|---|
| Total costs | $616.90 |
| Total fees and costs | $9,999.40 |
| **Amount due  --->** | **$9,999.40** |

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN

### A T T O R N E Y S

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133   F: (209) 521-7584
www.brunnandflynnlaw.com

December 13, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98426

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|---|---|---|---|---|
| 11/01/22 | DMJ | Prepare for Evidentiary Hearing. | 3.5 | 1,400.00 |
| 11/02/22 | DJP | Prepare Judicial Notice and exhibits; file with court; prepare copies for court and parties. | 0.8 | 140.00 |
| | DMJ | Prepare for the examination of Savannah Wadworths. | 1.0 | 400.00 |
| | DMJ | Prepare for examination of Michael Krause. | 5.1 | 2,040.00 |
| | DMJ | Drive to Fresno. | 1.5 | 600.00 |
| 11/03/22 | DMJ | Prepare for and attend Evidentiary Hearing. | 8.0 | 3,200.00 |
| 11/16/22 | DMJ | Prepare for closing arguments. | 1.5 | 600.00 |
| | DMJ | Attend Hearing to make closing arguments. | 1.2 | 480.00 |
| | | Total fees | 22.6 | $8,860.00 |
| | | Total fees and costs | | $8,860.00 |
| | | **Amount due  --->** | | **$8,860.00** |

Law Offices of Brunn & Flynn

December 13, 2022

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98426

Re:  Krause, Tara

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN

## A T T O R N E Y S

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

January 12, 2023

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:    98710

Re:  Krause, Tara
adv.
Krause, Michael

| Date | Costs | Amount |
|------|-------|--------|
| 12/05/22 | Lexis Nexis - November public records access/research | 112.14 |

| | |
|---|---|
| Total costs | $112.14 |
| Total fees and costs | $112.14 |
| **Amount due  --->** | **$112.14** |

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

**BRUNN & FLYNN**

A T T O R N E Y S

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

March 13, 2023

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:     99158

Re:  Krause, Tara
     adv.
     Krause, Michael

| Date | | Fees | Hours | Amount |
|------|---|------|-------|--------|
| 02/07/23 | HJM | Review court case status online; no ruling on Motion for Attorneys Fees on file. | 0.2 | 35.00 |
| | | Total fees | 0.2 | $35.00 |
| | | Total fees and costs | | $35.00 |
| | | **Amount due  --->** | | **$35.00** |

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# BRUNN & FLYNN

### ATTORNEYS

928 12th Street, Suite 200, Modesto, CA 95354
T: (209) 521-2133  F: (209) 521-7584
www.brunnandflynnlaw.com

April 13, 2023

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:  99430

Re:  Krause, Tara
adv.
Krause, Michael

| Date | | Fees | Hours | Amount |
|------|------|------|-------|--------|
| 03/15/23 | DMJ | Review Court's Order granting client sanctions. | 0.9 | 382.50 |
| 03/16/23 | GEB | Review court's decision regarding sanctions. | 0.4 | 170.00 |
| 03/17/23 | DJP | Review documents from court; review billing. | 0.2 | 35.00 |
| 03/29/23 | DMJ | Communicate with Richard Min regarding meet and confer over anticipated opposition to Magistrate's recommendations and Order regarding sanctions. | 0.2 | 85.00 |
| 03/30/23 | HJM | Review case with Attorney Drexwell Jones; review Court Order regarding award attorneys fees and costs; review Local Rules regarding cost bill and form; telephone call with Judge Boone's clerk regarding Order overrides local rules. | 0.4 | 70.00 |
| 03/31/23 | HJM | Print and save Petitioner's Request for Reconsideration and supporting documents. | 0.3 | 52.50 |
| | | Total fees | 2.4 | $795.00 |
| | | Total fees and costs | | $795.00 |
| | | **Amount due  --->** | | **$795.00** |

Law Offices of Brunn & Flynn

April 13, 2023

TLSKrause@gmail.com

File#:  6892-21288
Invoice#:  99430

Re:  Krause, Tara

*** Payment due 30 days from Invoice date ***

You may pay online:
https://secure.lawpay.com/pages/brunnandflynnlaw/operating

Please email billing questions to: vmoore@brunn-flynn.com

Federal ID: 94-2336259

# EXHIBIT B

Hopston

# VALLEY COURIER & PROCESS SERVICE
## A PROFESSIONAL PROCESS SERVICE
Specializing in the Serving of Legal Papers and Courier Service

P.O. Box 1324
Modesto, CA
95353

Office
(209) 570-3020

DATE SEPT. 20, 2022

LAW FIRM: BRUNN & FLYNN
ACTION: MICHAEL KRAUSE VS. TARA KRAUSE
PARTY SERVED: 1) MICHAEL KRAUSE-1100 ROSEVILLE PARKWAY#1227 ROSEVILLE, CA. 2)SAVANNAH WADSWORTH 1150 9TH ST.#1410 MODESTO, CA.

WHERE SERVED:

DATE SERVED: 9/19,20/22

| | TRIPS | MILES AT $ | PER MILE | |
|---|---|---|---|---|
| 1 | 96 | MILEAGE — ONE WAY 2.90 | | $ 278.00 |

PAPERS
Types of Papers

| NO. | | FEE |
|---|---|---|
| | SUMMONS — MARRIAGE | $ |
| | COMPLAINT — PETITION | |
| | ORDER TO SHOW CAUSE — Re-Contempt | |
| | NOTICE: 3 days to pay rent or quit | |
| | NOTICE: 30 days to vacate premises | |
| | AFFIDAVIT OF EXAMINATION | |
| | SUBPOENA | 60.00 |
| | SUBPOENA DUCES TECUM | 60.00 |
| | OTHER RUSH | 30.00 |
| | | |
| | CITATION | |
| | | |
| | | |
| | | TOTAL: $ 428.40 |

WAITING TIME

HOURS AT $ .............. PER HOUR $ ........

GRAND TOTAL: $ ........

PAID BY CHECK .......... ON .......... Rec'd Payment ........

HEATHER

6892-2288

# VALLEY COURIER & PROCESS SERVICE
### A PROFESSIONAL PROCESS SERVICE
Specializing in the Serving of Legal Papers and Courier Service

P.O. Box 1324
Modesto, CA
95353

Office
(209) 578-3020

DATE OCT.5,2022

LAW FIRM: BRUNN & FLYNN

ACTION: MICHAEL KRAUSE VS. TARA KRAUSE

PARTY SERVED: ATTEMPTED LT.COL.MIKITA BROWN

...............................................

...............................................

...............................................

WHERE SERVED: 17651 WARREN SHINGLE RD.BEALE AIRFORCE
BASE,CA.

DATE SERVED: ATTEPPTED 10/5/22

MILEAGE — ONE WAY

| 1 | TRIPS | 121 | MILES AT $ 2.90 PER MILE | $ 350.90 |

## PAPERS
### Types of Papers

| NO. | | FEE |
|---|---|---|
| | SUMMONS — MARRIAGE | $ .......... |
| | COMPLAINT — PETITION | .......... |
| | ORDER TO SHOW CAUSE — Re-Contempt | .......... |
| | NOTICE: 3 days to pay rent or quit | .......... |
| | NOTICE: 30 days to vacate premises | .......... |
| | AFFIDAVIT OF EXAMINATION | .......... |
| | SUBPOENA | .......... |
| | SUBPOENA DUCES TECUM | .......... |
| | OTHER | .......... |
| | | .......... |
| | CITATION | .......... |
| | | .......... |
| | | .......... |
| | TOTAL: $ 350.90 |

## WAITING TIME

.......... HOURS AT $ .......... PER HOUR $ ..........

GRAND TOTAL: $ ..........

PAID BY CHECK .......... ON .......... Rec'd Payment ....

TRANSACTION INPUT --- 06/07/22    Page 1
Case 1:21-cv-01706-KJM-SAB    Document 117-1    Filed 04/14/23    Page 34 of 41
Database edge/master data - Batch printed and merged on 6/7/2022 at 8:51:14 AM



3)    D COST      6892-21288      Client Name: Tara Krause
                                  Re: Krause, Tara
          05/31/22 06/07/22              0.00      793.58        0.00      793.58
                      Lexis Nexis - May public records access/research



```
10)   D COST     6892-21288      Client Name: Tara Krause
                                   Re: Krause, Tara
           06/30/22 07/05/22                    0.00      216.21        0.00      216.21
                          Lexis Nexis - June public records access/research
```



19)  D COST    6892-21288    Client Name: Tara Krause
                             Re: Krause, Tara
          07/31/22 08/02/22              0.00      13.37         0.00      13.37
                 Lexis Nexis - July public records access/research



18)  D COST    6892-21288      Client Name: Tara Krause
                               Re: Krause, Tara
            08/31/22 09/06/22          0.00      44.71      0.00      44.71
                     Lexis Nexis – August public records access/research

Case 1:21-cv-01706-KJM-SAB printed Document 117-1 on 10/10/2022 Filed 04/14/23   Page 38 of 41

10)   D COST     6892-21288     Client Name: Tara Krause
                                    Re: Krause, Tara
             09/30/22 10/10/22                    0.00      71.94      0.00      71.94
                          Lexis Nexis - September public records access/research



5)   D COST   6892-21288      Client Name: Tara Krause
                              Re: Krause, Tara
          10/31/22 11/03/22          0.00      248.82       0.00      248.82
                Lexis Nexis - October public records access/research



25)   D COST      6892-21288      Client Name: Tara Krause
                                  Re: Krause, Tara
        12/05/22 12/05/22              0.00      112.14      0.00      112.14
                       Lexis Nexis - November public records access/research

Case 1:21-cv-01706-KJM-SAB   Document 17-1   Filed 04/14/23   Page 41 of 41

1)   D COST      6892-21288       Client Name: Tara Krause
                                  Re: Krause, Tara
               Trans     Entry        Stat Grp ---------- Actual ---------- --------- Billable ---------
               10/31/22 11/03/22                         0.00       17.18          0.00       17.18
                          Postage


TOTALS                Actual        Billable       Write-up      Write-down
                  --------------- --------------- --------------- ---------------
   Dir Cost Units      0.00            0.00            0.00            0.00
   Dir Cost $         17.18           17.18            0.00            0.00