Drexwell M. Jones, SBN 221112
Law Offices of Brunn & Flynn
928 12th Street, Suite 200
Modesto, CA 95354
Telephone: (209) 521-2133
Facsimile: (209) 521-7584

Richard Min, Esq. (admitted *pro hac vice*)
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, NY 10170
Telephone: (212) 681-6400
Facsimile: (212) 681-6999

Michael Kalanta, Esq. SBN 273829
Savannah Wadsworth, Esq. SBN 337114
The Kalanta Law Office
Centre Plaza Office Tower
1150 Ninth Street, Suite 1410
Modesto, California 95354
Telephone: (209) 579-7732
Facsimile: (209) 579-7231

Attorneys for Petitioner:
MICHAEL KRAUSE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL KRAUSE,<br><br>    Petitioner,<br><br>v.<br><br>TARA KRAUSE,<br><br>    Respondent. | Case No.: 1:21-CV-01706-KJM-SAB<br><br>**ORDER APPROVING SETTLEMENT** |

    The Joint Motion to Approve the Stipulation for Settlement was submitted to the Court approving the Stipulation of Settlement Regarding Sanctions and Attorneys' Fees. The Court, having considered the proposed Stipulation; having considered the Joint Motion to Approve the Stipulation of Settlement; and good cause appearing, HEREBY ORDERS THE FOLLOWING:

    1.    The Court vacates the part of the Order granting Respondent's Motion for Sanctions [ECF Nos. 109 and 123] against Petitioner and his attorneys;

1

**ORDER APPROVING SETTLEMENT**

2. The Court grants Respondent's Motion for Sanctions [ECF No. 79] be withdrawn with prejudice for refiling purposes;

3. The Court vacates the Order granting Respondent's Motion for Attorney's Fees [ECF No. 122];

4. The Court grants Respondent's Motion for Attorney's Fees [ECF No. 117] be resolved as follows:

    a. Petitioner's counsel, on behalf of Petitioner, shall pay Respondent's counsel, to an account designated by Respondent's counsel within 15 days of approval by this Court of this Stipulation of Settlement, the total amount of $50,000 within sixty (60) days of approval by this Court of this Stipulation in full satisfaction of all claims regarding Respondent's attorney's fees or costs, with Richard Min and Michael Kalanta each paying one-half of this amount on behalf of Petitioner.

    b. This obligation for payment of attorney's fees as described herein shall only be enforceable if the Order of Sanctions is vacated.

**IT IS SO ORDERED.**

Dated: September 23, 2025.

UNITED STATES DISTRICT JUDGE